NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7128

CLABON JONES,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2036, Judge Robert N. Davis.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Upon consideration of the appellant's motion for an extension of time, until December 21, 2009, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

NOV 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Scott D. Austin, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 25 2009

JAN HORBALY
CLERK